FILED
2022 May-25  PM 04:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

# ALABAMA SJIS CASE DETAIL



**PREPARED FOR: VALENTINA HUGHES**

County: **63**    Case Number: **CV-2022-000033.00**    Court Action:
Style: **TYIESHA SHANTAE WINTSON V. SMP AUTOMOTIVE**

`Real Time`

## Case

### Case Information

| | | | | | |
|---|---|---|---|---|---|
| County: | **63-TUSCALOOSA** | Case Number: | **CV-2022-000033.00** | Judge: | **MBA:M. BRADLEY ALMOND** |
| Style: | **TYIESHA SHANTAE WINTSON V. SMP AUTOMOTIVE** | | | | |
| Filed: | **02/09/2022** | Case Status: | **ACTIVE** | Case Type: | **OTHER CV CASE** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **1** | | |

### Damages

| | | | | | |
|---|---|---|---|---|---|
| Damage Amt: | **0.00** | Punitive Damages: | **0.00** | General Damages: | **0.00** |
| No Damages: | | Compensatory Damages: | **0.00** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | | |
|---|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge: | **:** | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | | |
|---|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | | Disposition Type Of Appeal: | | |

### Administrative Information

| | | | | | |
|---|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **02/09/2022** | Updated By: | **LER** |

## Parties

### Party 1 - Plaintiff INDIVIDUAL - WINSTON TYIESHA

#### Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | **C001-Plaintiff** | Name: | **WINSTON TYIESHA** | Type: | **I-INDIVIDUAL** |
| Index: | **D SMP AUTOMOTI** | Alt Name: | | Hardship: **No** JID: | **MBA** |
| Address 1: | **800 31ST ST E APT 306** | | | Phone: | **(205) 000-0000** |

Address 2:
City:    **TUSCALOOSA**    State:    **AL**    Zip:    **35401-0000**  Country:  **US**
SSN:    DOB:    Sex:    Race:

## Court Action

Court Action:    Court Action Date:
Amount of Judgement:  **$0.00**    Court Action For:    Exemptions:
Cost Against Party:  **$0.00**    Other Cost:  **$0.00**    Date Satisfied:
Comment:    Arrest Date:
Warrant Action Date:    Warrant Action Status:    Status Description:

## Service Information

Issued:    Issued Type:    Reissue:    Reissue Type:
Return:    Return Type:    Return:    Return Type:
Served:    Service Type    Service On:    Notice of No Answer: Served By:
Answer:    Answer Type:    Notice of No Service:

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Party 2 - Defendant BUSINESS - SMP AUTOMOTIVE

## Party Information

Party:  **D001-Defendant**    Name:  **SMP AUTOMOTIVE**    Type:  **B-BUSINESS**
Index:  **A WINTSON TYIE**    Alt Name:    Hardship:  **No**    JID:  **MBA**
Address 1:  **10799 ED STEPHENS RD**    Phone:  **(205) 000-0000**
Address 2:
City:  **COTTONDALE**    State:  **AL**    Zip:  **35453-0000**  Country:  **US**
SSN:    DOB:    Sex:    Race:

## Court Action

Court Action:    Court Action Date:
Amount of Judgement:  **$0.00**    Court Action For:    Exemptions:
Cost Against Party:  **$0.00**    Other Cost:  **$0.00**    Date Satisfied:
Comment:    Arrest Date:
Warrant Action Date:    Warrant Action Status:    Status Description:

## Service Information

Issued:  **04/28/2022**  Issued Type:  **S-SHERIFF**    Reissue:    Reissue Type:
Return:    Return Type:    Return:    Return Type:
Served:  **04/29/2022**  Service Type  **S-SERVED PERSONALLY**  Service On:    Notice of No Answer: Served By:
Answer:    Answer Type:    Notice of No Service:

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

### Financial

ESF

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 2/9/2022 | 3:21 PM | FILE | FILED THIS DATE: 02/09/2022        (AV01) | LER |
| 2/9/2022 | 3:21 PM | EORD | E-ORDER FLAG SET TO "Y"        (AV01) | LER |
| 2/9/2022 | 3:21 PM | ASSJ | ASSIGNED TO JUDGE: M. BRAD ALMOND        (AV01) | LER |
| 2/9/2022 | 3:21 PM | SCAN | CASE SCANNED STATUS SET TO: N        (AV01) | LER |
| 2/9/2022 | 3:21 PM | TDMJ | JURY TRIAL REQUESTED        (AV01) | LER |
| 2/9/2022 | 3:21 PM | ORIG | ORIGIN: INITIAL FILING        (AV01) | LER |
| 2/9/2022 | 3:21 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE        (AV01) | LER |
| 2/9/2022 | 3:22 PM | C001 | C001 PARTY ADDED: WINSTON TYIESHA        (AV02) | LER |
| 2/9/2022 | 3:22 PM | C001 | INDIGENT FLAG SET TO: N        (AV02) | LER |
| 2/9/2022 | 3:22 PM | C001 | LISTED AS ATTORNEY FOR C001: PRO SE        (AV02) | LER |
| 2/9/2022 | 3:22 PM | C001 | C001 E-ORDER FLAG SET TO "Y"        (AV02) | LER |
| 2/9/2022 | 3:23 PM | D001 | D001 PARTY ADDED: SMP AUTOMOTIVE        (AV02) | LER |
| 2/9/2022 | 3:23 PM | D001 | INDIGENT FLAG SET TO: N        (AV02) | LER |
| 2/9/2022 | 3:23 PM | D001 | D001 E-ORDER FLAG SET TO "Y"        (AV02) | LER |
| 2/9/2022 | 3:23 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE        (AV02) | LER |
| 2/9/2022 | 3:37 PM | EMOT | C001-OTHER - AFFIDAVIT OF SUBSTANTIAL HARDSHIP FILED ON 2/9/2022 3:37 PM. | LER |
| 2/9/2022 | 3:39 PM | EMOT | C001-OTHER - COMPLAINT FILED ON 2/9/2022 3:39 PM. | LER |
| 2/23/2022 | 11:51 AM | JEORDE | ORDER GENERATED FOR OTHER - AFFIDAVIT OF SUBSTANTIAL HARDSHIP - RENDERED & ENTERED: 2/23/2022 11:51:02 AM - ORDER | J |
| 2/23/2022 | 11:51 AM | ---- | SCANNED - ORDER - TRANSMITTAL - E-NOTICE TRANSMITTALS | |
| 2/23/2022 | 11:53 AM | JEMOT | C001-OTHER /NO ACTION | J |
| 4/28/2022 | 11:05 AM | D001 | SHERIFF ISSUED: 04/28/2022 TO D001        (AV02) | KRM |
| 4/28/2022 | 11:21 AM | ESCAN | SCAN - FILED 4/28/2022 - SUMMONS ISSUED | KRM |
| 5/5/2022 | 2:08 PM | ESERC | SERVICE RETURN | ALL |
| 5/5/2022 | 2:08 PM | D001 | SERVICE OF SERVED PERSON ON 04/29/2022 FOR D001 | ALL |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 2/9/2022 3:37:38 PM | 1 | DOCKETED MOTION | MOTION - OTHER - AFFIDAVIT OF SUBSTANTIAL HARDSHIP DOCKETED MOTION - Other - affidavit of substantial hardship | 3 |
| 2/9/2022 3:39:06 PM | 2 | DOCKETED MOTION | MOTION - OTHER - COMPLAINT DOCKETED MOTION - Other - complaint | 6 |
| 2/23/2022 11:51:02 AM | 3 | ORDER | MOTION GRANTED - Other | 1 |
| 2/23/2022 11:51:06 AM | 4 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 4/28/2022 11:21:14 AM | 5 | SUMMONS ISSUED | SUMMONS ISSUED AND SENT TO TCSO | 1 |
| 5/5/2022 2:08:19 PM | 6 | SERVICE RETURN | SERVICE RETURN | 1 |
| 5/5/2022 2:08:40 PM | 7 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

 *END OF THE REPORT*

| State of Alabama Unified Judicial System<br>Form C-10-CIVIL<br>Page 1 of 3   Rev. 9/2019 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>(Request to Waive Filing Fees) | Court Case Number<br>CV2022-33 |
|---|---|---|

IN THE _____ COURT OF _____ COUNTY, ALABAMA
      *(Circuit or District)*                    *(Name of County)*

STYLE OF CASE: _____ v. _____
                        *(Plaintiff(s))*                    *(Defendant(s))*

☐ I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case.

**AFFIDAVIT**

1. **IDENTIFICATION**

   Full Name **Tyiesha Shantae Winston** Date of Birth **01-14-91**
   Spouse's Full Name *(if married)* _____
   Complete Home Address **300 31st Street Apt 300**
   **Tuscaloosa, Al 35401**
   Total Number of People I am Supporting Financially in Household Including Myself _____
   Telephone Number (Cell) **7057105846(2**(Home) _____ (Other) _____
   State & Last 4 Digits of Driver License's Number **4613** Last 4 Digits of Social Security Number **1838**
   Employer's Name & Address **Ambassador** Employer's Telephone Number **205-758-5508**

2. **ASSISTANCE BENEFITS**

   Some of the residents in my household or I receive benefits from any of the following sources (*check those which apply*)
   ☐ Temporary Assistance for Needy Families (TANF)   ☒ Food Stamps   ☒ Medicaid
   ☐ Social Security Income (SSI)   ☐ Disability   ☐ Other: _____
   The monthly value of these benefits combined is $ _____

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:

   | | |
   |---|---|
   | My monthly gross income is | $ 1000 |
   | My spouse's monthly gross income (unless a marital offense) is | $ 0 |
   | My other monthly earnings (commissions, bonuses, interest income, etc.) are | $ 0 |
   | The combined monthly income received by other members of my household is | $ 0 |
   | Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc. | $ 0 |
   | Child Support Payment(s)/Alimony Received | $ 0 |
   | Other Monthly Income (*be specific*): _____ | $ 0 |
   | 3a. TOTAL MONTHLY GROSS INCOME | $ 1000.00 |

   The Monthly Expenses I pay are:

   | | |
   |---|---|
   | Rent/Mortgage | $ 1079.00 |
   | Total Utilities: Gas, Electricity, Water, etc. | $ 100.00 |
   | Food | $ 0 |
   | Clothing | $ 0 |
   | Health Care/Medical Insurance | $ 0 |
   | Car Payment(s)/Transportation Expenses | $ 205.00 |
   | Loan Payment(s) | $ 0 |
   | Credit Card Payment(s) _____ | $ 0 |
   | Educational/Employment Expenses | $ 50.00 |
   | Cell Phone Expenses | $ 0 |
   | Other Expenses (*be specific*): _____ | $ |
   | _____ | |

   | | | |
   |---|---|---|
   | **3b. Subtotal** | $ | 1434.00 |
   | 3c. Child Support Payment(s)/Alimony (Subtotal) | $ | 0 |
   | 3d. Exceptional Expenses (Subtotal) | $ | 0 |
   | **3e. TOTAL MONTHLY EXPENSES** (Add totals from 3b., 3c., & 3d. monthly only) | $ | 1434.00 |
   | Total Monthly Gross Income (3a.) Minus Total Monthly Expenses (3e.) | – $ | 834.00 |

2022 FEB -9 PM 3:13

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 2 of 3   Rev. 9/2019 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>(Request to Waive Filing Fees) | Court Case Number<br><br>Cv 2022·33 |
|---|---|---|

4.    Assets
       My assets are as follows:
       Cash on Hand/Bank *(or otherwise available such as stocks,*          $ 50.00
       *bonds, certificates of deposit)*

       Equity in Real Estate (value of properly less what you owe)          $ Ø
       Equity in Personal Property, etc. (such as the value of motor        $ Ø
        vehicles, stereo, TV, electronics, furnishing, jewelry, tools, guns, less
        what you owe)
       Other *(be specific)*: _____              $ Ø
       Do you own anything else of value? ☐Yes ☐No
       (land, house, boat, TV, stereo, jewelry)
        If so, describe: _____                   $ 250.00

       Total Assets                                                         $ 300.00

5.    Affidavit/Request

       I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or
       answer to any question in the affidavit may subject me to the penalties of perjury.  I authorize the court or its authorized
       representative to obtain records of information pertaining to my financial status from any source in order to verify information
       provided by me.  I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may
       require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs
       associated with this case.

       Sworn to and subscribed before me this

       _9th___ day of __February__, 2022                    _Tycha S. W_____
                                                            *(Affiant's Signature)*

       __Magarie St Bobb__                                  _Tyiesha Winston_
       *(Judge/Clerk/Notary)*                               *(Print or Type Name)*

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 3 of 3   Rev. 9/2019 | **ORDER ON AFFIDAVIT OF**<br>**SUBSTANTIAL HARDSHIP**<br>(Request to Waive Filing Fees) | **Court Case Number**<br>CV 2022-33 |
|---|---|---|

IN THE _____ COURT OF_____, ALABAMA
          *(Circuit or District)*                                *(Name of County or Municipality)*

_____ v. _____

The Court has considered the Affiant's testimony, his or her poverty level as measured by the United States poverty guidelines and the potential for substantial hardship that payment by the Affiant would cause.  IT IS, THEREFORE, ORDERED AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ **The request is DENIED.**
    ☐ The Court finds that the Affiant is **NOT INDIGENT** and the Affiant's income is not within the United States poverty guidelines or the Affiant has the resources to pay for the requested items without substantial hardship: _____.
    ☐ The case or situation is not one for which the request is applicable.
    ☐ Other *(please specify)*:_____
    _____.

☐ **The Affiant is INDIGENT.** Therefore, the prepayment of filing fees and costs is hereby waived, and these fees and costs shall be taxed at the conclusion of the case.

☐ Other *(please specify)*: _____
_____.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of expenses, fees, and costs.

Done this _____.
          *(Date)*

                                      _____
                                (Signature of_____, Judge)
                                          *(Printed Name)*

| State of Alabama Unified Judicial System | **COVER SHEET** **CIRCUIT COURT – CIVIL CASE** (Not For Domestic Relations Cases) | Case Number C V 2022 33 - |
|---|---|---|
| Form ARCiv-93   Rev.9/18 | | Date of Filing: Month Day Year   Judge Code: |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _____, ALABAMA
*(Name of County)*
_____ v. _____

| | Plaintiff | | | Defendant | |
|---|---|---|---|---|---|
| **First Plaintiff** | ☐ Business ☐ Government | ☐ Individual ☐ Other | **First Defendant** | ☐ Business ☐ Government | ☐ Individual ☐ Other |

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** *(check one):* F ☐ INITIAL FILING    A ☐ APPEAL FROM    O ☐ OTHER: _____
DISTRICT COURT
R ☐ REMANDED    T ☐ TRANSFERRED FROM
OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☐ MONETARY AWARD REQUESTED    ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
_____ 02-01-2022
Date      Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ Yes ☐ No

| State of Alabama<br>Unified Judicial System<br><br>Form C-34     Rev. 4/2017 | SUMMONS<br>-CIVIL- | Court Case Number<br><br>CV 2022-33 |
|---|---|---|

IN THE _____ COURT OF _____ COUNTY, ALABAMA
*(Circuit, District, or Juvenile)*          *(Name of County)*

Tyiesha Winston          v.     Smp Automotive
_____          _____
*[Name(s) of Plaintiff(s)]*          *[Name(s) of Defendant(s)]*

NOTICE TO: 10799, Ed Stephens Rd. Cottondale, Al 35453
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _____, WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: 800 31st Street Apt 306
Tuscaloosa, Al 35401
_____.
*(Addresses(s) of Plaintiff(s) or Attorney(s))*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN_____DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____     _____ By: _____
*(Date)*                                    *(Signature of Clerk)*                              *(Name)*

☐ Certified Mail is hereby requested.     _____
*(Plaintiff's/Attorney's Signature)*

---

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on_____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____County,
*(Name of Person Served)*                              *(Name of County)*

Alabama on_____.
*(Date)*

_____     _____     _____
*(Type of Process Server)*          *(Server's Signature)*                    *(Address of Server)*

_____     _____
*(Server's Printed Name)*                    *(Phone Number of Server)*

**In the Circuit Court of Tuscaloosa County, Alabama**

Tyiesha Winston )     CV- 2022 - 33
_____ )
**Plaintiff** )
)
)
vs. )
)
)
Smp Automotive )
_____ )
**Defendant** )
)

2022 FEB -9 PM 3:13

**COMPLAINT**

During the time I was working at Smp Automotive. My Supervisor Boss (Asia) always Picked on me for no reason. One day at work, I had an anxiety attack. I had to report to HR during that time. Tracy Beams (HR assitance) was the Person whom was handling all my information and My doctor's appointments followups. So therefore, I was going to my doctor For follow ups and also was taking Sertraline to help my anxiety while I was at work. (Amy) my Supervisor told me she didnt like when I miss work (my appointment days) because she didnt like doing my Job while I was out. My team Leader Monique didnt like me neither And I overheard her telling an employee that she need Somebody who gone be at work to do my Job. She also, didnt like Filling in my position while I wasn't there. She later moved me from my original Job position and put me at another Job position where I wasn't trained and she didnt train me neither. My anxiety was only bad while I was at work because of how I was treated.

I later got sick at work real bad and couldn't sit down because my Team Leader monique said I couldn't. I start getting dizzy and very hot. So I went to monique boss (Amy) and told her I was feeling bad. She told me I could leave work and go to the doctor. I had went to my original doctor first. As, things was getting worst. I end up going out to DCH hosipital and thats when they told me I had Covid-19. I've quaratine like I was suppose to Contacted my Job (emailed Tracy beams) also asking for the fax number. She told me that they didn't have one. After my days was up of quaratine. I went back to work and they had a new person in my position. I turned my excuse in to the (Admin). I worked up to 4 hours and my supervisor Amy came and got me saying that on my excuse had Oct 15 2020 returned that so come back to work the next day. I didn't knew at the time the day I came back was the 14th. As, I was leaving my badge (hand Scanner) was NOT working anymore. I walked around the guard gate. I returned back to work as I was told and my hand scanner was still off. I couldn't enter the building. I spoken to my supervisor and she told me to sit in the car until HR arrives after she had spoken to her boss about the situation. I sat in the car for along time and neone never came and got me. Afterwards, I've called and called SMP and no one never answered. I also contact the Safety guy and he said he would inform HR about it. Later I received a called saying "I never turned in

CV 2022-33

any excuses while I was out and
that I was out due to covid non
related. (which I did turned in my
excuse to the Admin Brittany and I
did had Covid-19). The lady later
told me to hold tight and someone
will contact me. Couple days past
by then I get another call and
they end up leaving a voicemail
saying I was out suspended on
Oct. 16th 2020 (which I never was).
I never recieved anything about a
suspension. I never got written up
and I never signed any papers.
I was the best worker in my area
that I got promoted to other areas.
I was told to come back to work
on Oct 16th like my excuse stated.
They cut my badge scanner during
the time I was working because
my scanner was working on Oct 14th 2020
as I enter the building. Everything
was a retaliation + discrimination
due to the fact they wanted me gone
because of my appointments for my
anxiety.

After my last appointment that I went to and return back to work. My Supervisor boss Asia told me "I better Not Miss another day of work". I knew they wanted me gone then.

Every time, I came back to work from my appointment follow-ups. Monque would constantly keep moving me to other stations and not no-one else. She tried to make it hard for me as a Punishment for not being there.

I even tried to File my Unemployment (Smp Automotive) did'nt approve it. I've called there main number and they would never answer.

Tyesha Winston

ELECTRONICALLY FILED
2/23/2022 11:51 AM
63-CV-2022-000033.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

| | | |
|---|---|---|
| WINSTON TYIESHA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Case No.:    CV-2022-000033.00 |
| | ) | |
| SMP AUTOMOTIVE, | ) | |
| Defendant. | ) | |

## ORDER

AFFIDAVIT OF SUBSTANTIAL HARDSHIP filed by WINSTON TYIESHA is
hereby GRANTED.

**DONE this 23rd day of February, 2022.**

**/s/ M. BRADLEY ALMOND**
**CIRCUIT JUDGE**

Original

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court Case Number<br><br>CV 2022-33 MBA |

**IN THE** _____ **COURT OF** _____ **COUNTY, ALABAMA**
(Circuit, District, or Juvenile)                          (Name of County)

Tyiesha Winston                     v.     Smp Automotive
[Name(s) of Plaintiff(s)]                          [Name(s) of Defendant(s)]

**NOTICE TO:** 10799, Ed Stephens Rd. Cottondale, Al 35453
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU
MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO
FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN
THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER
MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S)
OF THE PLAINTIFF(S), _____, WHOSE
                                          [Name(s) of Attorney(s)]
**ADDRESS(ES) IS/ARE:** 800 31st Street Apt 300
Tuscaloosa, Al 35401
[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND
COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE
RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER
DOCUMENT.

---

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL
PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in
this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                    [Name(s)]
pursuant to the Alabama Rules of Civil Procedure.
04/28/2022                    magaria H. Dobro.       By kmmiles.
(Date)                        (Signature of Clerk)            (Name)

---

☐ Certified Mail is hereby requested.       _____
                                            (Plaintiff's/Attorney's Signature)

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
                                                                        (Date)
☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to_____

_____ in _____ County,
(Name of Person Served)              (Name of County)
Alabama on_____
              (Date)

_____         _____         _____
(Type of Process Server)   (Server's Signature)       (Address of Server)

                        _____         _____
                        (Server's Printed Name)      (Phone Number of Server)

S *Sandra Kyle* 2
Z4 4-29-22 H.R.

| State of Alabama Unified Judicial System | **SUMMONS** **-CIVIL-** | Court Case Number |
|---|---|---|
| Form C-34    Rev. 4/2017 | | CV 2022-33 |

IN THE _____ COURT OF _____ COUNTY, ALABAMA
*(Circuit, District, or Juvenile)* *(Name of County)*

Tyiesha Winston          v.    Smp Automotive
_____                _____
*[Name(s) of Plaintiff(s)]*        *[Name(s) of Defendant(s)]*

NOTICE TO: 10799, Ed Stephens Rd. Cottondale, Al 35453
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _____, WHOSE
*[Name(s) of Attorney(s)]*

ADDRESS(ES) IS/ARE: 800 31st Street Apt 306
Tuscaloosa , Al 35401
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _____ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

_____          _____     By: _____
*(Date)*                    *(Signature of Clerk)*        *(Name)*

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
*(Date)*

Smp Automotive - Sandra McCaa-H.R. in Tuscaloosa County,
*(Name of Person Served)*                         *(Name of County)*

Alabama on 4-29-22
*(Date)*

Civil Process          _____     _____
*(Type of Process Server)*   *(Server's Signature)*        *(Address of Server)*

_____          _____
*(Server's Printed Name)*        *(Phone Number of Server)*

APR 29 '22 PM2:57
REC'D TUSC CO SHERIFF



AlaFile E-Notice

63-CV-2022-000033.00

Judge: M. BRADLEY ALMOND

To:  WINSTON TYIESHA (PRO SE)
     800 31ST ST E APT 306
     TUSCALOOSA, AL, 35401-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

TYIESHA SHANTAE WINTSON V. SMP AUTOMOTIVE
63-CV-2022-000033.00

The following matter was served on 4/29/2022

**D001 SMP AUTOMOTIVE**
**Corresponding To**
SERVED PERSONALLY

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov